FILED: May 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1440
(3:17-cv-00011-MOC-DCK)

_____

LONNIE BILLARD,

　　　　Plaintiff – Appellee,

v.

CHARLOTTE CATHOLIC HIGH SCHOOL; MECKLENBURG AREA
CATHOLIC SCHOOLS; ROMAN CATHOLIC DIOCESE OF CHARLOTTE,

　　　　Defendants – Appellants.

_____

O R D E R

_____

The court amends its opinion filed May 8, 2024, as follows:

On page 16, line 3, the citation to *Lee* is changed to "3d Cir. 2018." On page

18, in the first full paragraph, line 5, the citation is corrected to read, "*Lebron v. Nat'l*

*R.R. Passenger Corp.*"

　　　　　　　　　　　For the Court—By Direction

　　　　　　　　　　　/s/ Nwamaka Anowi, Clerk